# IN THE SUPREME COURT OF THE STATE OF NEVADA

PEDRO TYRONE BELL,
                Appellant,
           vs.
THE STATE OF NEVADA,
                Respondent.

No. 79682

**FILED**

OCT 1 5 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY ___S. Young___
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Tierra Danielle Jones, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the judgment of conviction on June 24, 2016. Appellant did not file the notice of appeal, however, until September 18, 2019, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b). *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994) (explaining that an untimely notice of appeal fails to vest jurisdiction in this court). Accordingly, this court concludes that it lacks jurisdiction over this appeal and

ORDERS this appeal DISMISSED.

_____Pickering_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Cadish

SUPREME COURT
OF
NEVADA

(O) 1947A

19-42595

cc: Chief Judge, Eighth Judicial District Court
Hon. Tierra Jones, District Judge
Pedro Tyrone Bell
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk